[Crim. No. 2974. Second Appellate District, Division Two.—April 19, 1937.]

THE PEOPLE, Respondent, v. MARTIN MARION, Appellant.

No appearance for Appellant.

U. S. Webb, Attorney-General, for Respondent.

CRAIL, P. J.—This is an appeal from a judgment of conviction of grand theft. ■ The case was set for hearing as required by section 1252 of the Penal Code and notice thereof was duly given. The defendant has not filed any briefs—indeed, he has failed to appear, and for that reason the judgment will be affirmed as provided in section 1253 of the Penal Code.

Judgment affirmed.

Wood, J., and McComb, J., concurred.